# United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                                    Case No. _____

**Omnicraft Woodworking, LLC** _____   Chapter **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................................... $ _____**450.00/hr**

   Prior to the filing of this statement I have received ............................................................ $ _____**25,000.00**

   Balance Due ........................................................................................................... $ _____

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**August 17, 2010**_____    **/s/ Fred S. Kantrow** _____
Date

                                                    **Fred S. Kantrow**
                                                    **Law Offices of Avrum J. Rosen**
                                                    **38 New Street**
                                                    **Huntington, NY 11743**
                                                    **(631) 423-8527**
                                                    **fkantrow@avrumrosenlaw.com**

B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Omnicraft Woodworking, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **26-0148830** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**29 Broadway<br>New York, NY**<br>ZIPCODE **10006** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**New York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**111 Leuning Street, Unit G, S Hackensack, NJ**
ZIPCODE **07606**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☑ Chapter 11     Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>              Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>    debts, defined in 11 U.S.C.      business debts.<br>    § 101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or house-<br>    hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Omnicraft Woodworking, LLC** |
|---|---|

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)             Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Omnicraft Woodworking, LLC**

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Fred S. Kantrow*
Signature of Attorney for Debtor(s)

**Fred S. Kantrow**
**Law Offices of Avrum J. Rosen**
**38 New Street**
**Huntington, NY  11743**
**(631) 423-8527**
**fkantrow@avrumrosenlaw.com**

**August 17, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Walter Pliszak*
Signature of Authorized Individual

**Walter Pliszak**
Printed Name of Authorized Individual

**Member**
Title of Authorized Individual

**August 17, 2010**
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

IN RE:

Case No. _____

**Omnicraft Woodworking, LLC**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA 91203** | | **Bank loan** | **Contingent** | **2,000,000.00**<br>**Collateral:**<br>**855,783.82**<br>**Unsecured:**<br>**1,144,216.18** |
| **Internal Revenue Service**<br>**POI Box 21126**<br>**Phildephia, PA 19114** | | **Tax** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **525,000.00** |
| **The Hartford Insurance Co**<br>**PO Box 2907**<br>**Hartford, CT 06104-2907** | | **insurance** | | **66,832.60** |
| **New Jersey Carpenters Fund**<br>**Raritan Plaza**<br>**PO Box 7818**<br>**Edison, NJ 08810** | | **union** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **50,000.00** |
| **New York District Council Of Carpenters**<br>**395 Hudson Street**<br>**New York, NY 10014** | **RMS**<br>**55 Broadway, Suite 201**<br>**New York, NY 10006** | **union** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **34,086.72** |
| **111 Leuning, LLC**<br>**C/O DSR Group**<br>**One Eagle St., Suite 200**<br>**Englewood, NJ 07631** | **George G Gundersen III, Esq.**<br>**634 Baldwin Drive**<br>**River Vale, NJ 07675** | | | **32,181.53** |
| **Rex Lumber Co**<br>**80 Main Street**<br>**Acton, MA 07720** | | **Trade debt** | | **23,957.52** |
| **NYI Building Products Inc,**<br>**160 Long Beach Road**<br>**Island Park, NY 11558** | | **Trade debt** | | **23,878.47** |
| **Nationwide Recovery Systems**<br>**PO Box 702257**<br>**Dallas, TX 75370-2257** | | **Trade debt** | | **15,335.70** |
| **Dolan & Traynor, Inc.**<br>**PO Box 18952**<br>**Newark, NJ 07191** | **Nationwide Recovery Systems**<br>**PO Box 702257**<br>**Dallas, TX 75370-2257** | **Trade debt** | | **12,385.91** |
| **New York State Department Of Finance**<br>**Bankruptcy Unit**<br>**PO Box 5300**<br>**Albany, NY 12205-5300** | | **Tax** | | **11,671.00** |
| **FW Honerkamp CO**<br>**500 Oak Point Avenue**<br>**Bronx, NY 10474** | | **Trade debt** | | **11,029.18** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|--:|
| **Prime Industries Inc**<br>**2600 Warrenville Road, Suite 205**<br>**Downers Grove, IL  60515** | **Trade debt** | **9,631.22** |
| **Atlantic Plywood**<br>**PO Box 83291**<br>**Woburn, MA  01813-3291** | **Trade debt** | **9,248.22** |
| **MZL Associates**<br>**29 Broadway, 12th Floor**<br>**New York, NY  10006** | **lease** | **9,146.81** |
| **Dieter Sonnenberg**<br>**3 Parr Road**<br>**Valhalla, NY  10595** | **independent**<br>**contractor** | **8,454.80** |
| **A.G. Aaronson**<br>**386 Park Avenue South, Suite 1200**<br>**New York, NY  10016** | **accountant** | **8,450.00** |
| **Moran Electric LLC**<br>**56 Campbell Ave**<br>**Hackensack, NJ  07601-5344** | **Trade debt** | **8,438.00** |
| **American Express**<br>**PO Box 2855**<br>**New York, NY  10116** | **credit card** | **8,330.16** |
| **Industrial Forest Products LLC**<br>**21 Stanwich Road**<br>**Greenwich, CT  06830** | **Trade debt** | **8,137.80** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 17, 2010**                    Signature: ***/s/ Walter Pliszak***

**Walter Pliszak, Member**

<span style="font-size:smaller">(Print Name and Title)</span>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                                Case No. _____

Omnicraft Woodworking, LLC _____    Chapter **11** _____
                          Debtor(s)

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| John Mezic | 33.330000 | General Partner |
| John Sonnenburg<br>3 Parr Road<br>Valhalla, NY  10595 | 33.330000 | General Partner |
| Walter Pliszak<br>319 Mockingbrid Lane<br>Morganville, NJ  07751 | 33.330000 | Common Stockholder |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                                                Case No. _____

**Omnicraft Woodworking, LLC** _____    Chapter **11** _____
                                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 901,883.81 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 2,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 525,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 457,714.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $ 901,883.81 | $ 2,982,714.33 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Omnicraft Woodworking, LLC**        Case No. _____

Debtor(s)                 (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | **TOTAL** | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC** _____ Case No. _____
Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Checking Account - main operating account** | | **6,000.00** |
| | | **Mariner's Bank - checking account** | | **1,026.79** |
| | | **Mariner's Bank Payroll Account** | | **73.20** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with landlord** | | **36,000.00** |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Omnicraft Woodworking, LLC                    Case No. _____
_____
                        Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **A/R** | | **463,383.82** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1987 Volvo Truck** | | **5,000.00** |
| | | **2002 Van** | | **4,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **various - see schedule annexed hereto** | | **386,400.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

**IN RE Omnicraft Woodworking, LLC** _____ Case No. _____
  Debtor(s)                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **901,883.81** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Omnicraft Woodworking, LLC** _____ Case No. _____
<span>Debtor(s)</span>                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**IN RE** Omnicraft Woodworking, LLC _____  Case No. _____

Debtor(s) (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA  91203** | X | | **guarantor of debt**<br><br><br>VALUE $ **855,783.82** | X | | | **2,000,000.00** | **1,144,216.18** |
| **ACCOUNT NO.**<br><br><br>  | | | <br><br>VALUE $ | | | | | |
| **ACCOUNT NO.**<br><br><br>  | | | <br><br>VALUE $ | | | | | |
| **ACCOUNT NO.**<br><br><br>  | | | <br><br>VALUE $ | | | | | |

<table>
<tr><td>___ <b>0</b> continuation sheets attached</td><td>Subtotal<br>(Total of this page)</td><td>$ <b>2,000,000.00</b></td><td>$ <b>1,144,216.18</b></td></tr>
<tr><td></td><td>Total<br>(Use only on last page)</td><td>$ <b>2,000,000.00</b></td><td>$ <b>1,144,216.18</b></td></tr>
<tr><td></td><td></td><td>(Report also on Summary of Schedules.)</td><td>(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)</td></tr>
</table>

**IN RE Omnicraft Woodworking, LLC** _____ Case No. _____

Debtor(s)                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **Omnicraft Woodworking, LLC**                                    Case No. _____
_____
(Debtor(s))                                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Internal Revenue Service** <br> **POI Box 21126** <br> **Phildephia, PA  19114** | | | **unpaid withholding taxes** | X | X | X | **525,000.00** | **525,000.00** | |
| ACCOUNT NO. <br> **United States Department Of Justice** <br> **271 Cadman Plaza East, 8th Floor** <br> **Brooklyn, NY  11201** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. <br> **United States Department Of Justice** <br> **Tax Division** <br> **BOX 55 Ben Franklin Station** <br> **Washington, DC  20044** | | | **Assignee or other notification for:** <br> **Internal Revenue Service** | | | | | | |
| ACCOUNT NO. <br> **State Of New Jersey** <br> **Department Of The Treasury Division Of T** <br> **PO Box 1009** <br> **Moorestown, NJ  08057-0909** | | | **state taxes** | X | X | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

(Totals of this page)  Subtotal  $ **525,000.00**  $ **525,000.00**  $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ **525,000.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ **525,000.00**  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

**IN RE** Omnicraft Woodworking, LLC                            Case No. _____

Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**111 Leuning, LLC**<br>**C/O DSR Group**<br>**One Eagle St., Suite 200**<br>**Englewood, NJ  07631** | | | unpaid rent | | | | **32,181.53** |
| ACCOUNT NO.<br><br>**George G Gundersen III, Esq.**<br>**634 Baldwin Drive**<br>**River Vale, NJ  07675** | | | Assignee or other notification for:<br>111 Leuning, LLC | | | | |
| ACCOUNT NO.<br><br>**A.G. Aaronson**<br>**386 Park Avenue South, Suite 1200**<br>**New York, NY  10016** | | | accountant | | | | **8,450.00** |
| ACCOUNT NO.<br><br>**Abbott Paint And Varnish**<br>**238 Eagle Street**<br>**Brooklyn, NY  11222** | | | trade debt | | | | **1,374.54** |

    **11** continuation sheets attached

Subtotal<br>
(Total of this page)  $   **42,006.07**

Total<br>
(Use only on last page of the completed Schedule F. Report also on<br>
the Summary of Schedules and, if applicable, on the Statistical<br>
Summary of Certain Liabilities and Related Data.)  $

**IN RE Omnicraft Woodworking, LLC**      Case No. _____
      Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Adriatic Wood Products Inc.**<br>**1994 Industrial Park Road**<br>**Boorklyn, NY  11207** | | | trade debt | | | | 1,079.25 |
| ACCOUNT NO.<br>**Agins Siegel Attorney**<br>**386 Park Avenue South**<br>**New York, NY  10016** | | | legal fees | | | | 328.25 |
| ACCOUNT NO.<br>**Allstate**<br>**420 Columbus Avenue, Suite 210**<br>**Valhalla, NY  10595** | | | trade debt | | | | 1,576.51 |
| ACCOUNT NO. **3767-311557-61006**<br>**American Express**<br>**PO Box 2855**<br>**New York, NY  10116** | | | credit card debt | | | | 8,330.16 |
| ACCOUNT NO. **3782-940729-91006**<br>**American Express**<br>**PO Box 2855**<br>**New York, NY  10116** | | | credit card debt | | | | 2,543.06 |
| ACCOUNT NO.<br>**Amerifab Corp**<br>**198 Garibaldi Avenue**<br>**Lodi, NJ  07644** | | | trade debt | | | | 154.08 |
| ACCOUNT NO.<br>**Apple Custom**<br>**332 E 77th Street**<br>**New York, NY  10075** | | | trade debt | | | | 2,641.00 |

Sheet no. _____**1**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **16,652.31**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Omnicraft Woodworking, LLC                                    Case No. _____
                                     Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Atlantic Plywood**<br>**PO Box 83291**<br>**Woburn, MA  01813-3291** | | | trade debt | | | | 9,248.22 |
| ACCOUNT NO.<br><br>**Beller Hydaulics Inc**<br>**322 E Main Street**<br>**Leoia, PA  17540** | | | trade debt | | | | 226.81 |
| ACCOUNT NO.<br><br>**Cannon Financial Services**<br>**1904 Collection Center Drive**<br>**Chicago, IL  60893** | | | trade debt | | | | 972.09 |
| ACCOUNT NO.<br><br>**Carnagie Chemical And Color LLC**<br>**997-1001 Jefferson Ave**<br>**Brooklyn, NY  11221** | | | trade debt | | | | 1,724.10 |
| ACCOUNT NO. **631767**<br><br>**Comairco Equipment, Inc.**<br>**240 French Road**<br>**Buffalo, NY  14227** | | | trade debt | | | | 948.21 |
| ACCOUNT NO.<br><br>**Confires Fire Protection Service LLC**<br>**910 Oak Tree Avenue #J-K**<br>**South Plainfield, NJ  07080-5137** | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>**Construction Specialties Inc**<br>**PO Box 415278**<br>**Boston, MA  02241-5278** | | | trade debt | | | | 383.06 |

Sheet no. _____ **2** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal
      (Total of this page)  $ **13,502.49**

              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC**                                    Case No. _____
_____                                                    
                              Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Dieter Sonnenberg<br>3 Parr Road<br>Valhalla, NY 10595** | | | **independent contractor** | | | | **8,454.80** |
| ACCOUNT NO.<br><br>**Dliamond Point Saw Works<br>703 West End Avenue<br>Cliffside Park, NJ 07010** | | | **trade debt** | | | | **4,743.09** |
| ACCOUNT NO.<br><br>**Dolan & Traynor, Inc.<br>PO Box 18952<br>Newark, NJ 07191** | | | **trade debt** | | | | **12,385.91** |
| ACCOUNT NO.<br><br>**Nationwide Recovery Systems<br>PO Box 702257<br>Dallas, TX 75370-2257** | | | **Assignee or other notification for:<br>Dolan & Traynor, Inc.** | | | | |
| ACCOUNT NO.<br><br>**E Leeroy Trought<br>6928 NW Daffodil Lane<br>Port St. Lucie, FL 34983-1417** | | | **independent contractor** | | | | **900.00** |
| ACCOUNT NO.<br><br>**E&A's Friendly Service<br>134 Green Street<br>Hackensack, NJ 07601** | | | **trade debt** | | | | **578.30** |
| ACCOUNT NO.<br><br>**E-Z Pass Customer Service<br>PO Box 149001<br>Staten Island, NY 10314** | | | **trade debt** | | | | **232.00** |

Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **27,294.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Omnicraft Woodworking, LLC** _____ Case No. _____
                                        Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Economy Printing<br>128 E Liberty Street<br>Danbury, CT 08810** | | | trade debt | | | | **229.35** |
| ACCOUNT NO.<br>**Emco Plastics<br>99 Comemrce Road<br>Cedar Grove, NJ 07009** | | | trade debt | | | | **130.30** |
| ACCOUNT NO. **319022**<br>**Enterprise Fleet Services<br>PO Box 800089<br>Kansas City, MO 64180** | | | pre-petition lease charges | | | | **1,618.85** |
| ACCOUNT NO.<br>**Fassendel Hall Corp<br>1037 Fowler Court<br>Dover, DE 19901** | | | trade debt | | | | **5,735.53** |
| ACCOUNT NO. **njhac1282**<br>**Fastenal Industrial Construction<br>5708 37th Avenue<br>Woodside, NY 11377** | | | trade debt | | | | **1,876.38** |
| ACCOUNT NO.<br>**Filterfresh Atlantic Jersey<br>2500 Pearl Buck Road, Unit D<br>Bristol, PA 19001** | | | trade debt | | | | **828.18** |
| ACCOUNT NO.<br>**First Wood & Laminates Inc<br>52 Box Street<br>Brooklyn, NY 11222** | | | trade debt | | | | **2,731.50** |

Sheet no. _____ **4** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **13,150.09**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Omnicraft Woodworking, LLC**                    Case No. _____

                           Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Forest T Jones**<br>**PO Box 24025**<br>**Newark, NJ 07101** | | | insurance | | | | 288.64 |
| ACCOUNT NO.<br>**Future Sanitation**<br>**80 Liberty Street**<br>**Passaic, NJ 07055** | | | utility service | | | | 1,894.65 |
| ACCOUNT NO.<br>**FW Honerkamp CO**<br>**500 Oak Point Avenue**<br>**Bronx, NY 10474** | | | trade debt | | | | 11,029.18 |
| ACCOUNT NO.<br>**Hecht & Sohn Glass**<br>**406 Willoughby Ave**<br>**Brooklyn, NY 11205** | | | trade debt | | | | 603.65 |
| ACCOUNT NO.<br>**Hi Tech Glass Inc**<br>**167 Park Avenue**<br>**Brooklyn, NY 11205** | | | trade debt | | | | 240.00 |
| ACCOUNT NO.<br>**Ilexindustries LLC**<br>**627 W Hazelwood Ave**<br>**Rahway, NJ 07065** | | | trade debt | | | | 1,722.50 |
| ACCOUNT NO.<br>**Industrial Finishing Products**<br>**465 Logan St**<br>**Brooklyn, NY 11208** | | | trade debt | | | | 4,281.49 |

Sheet no. _____**5**_____ of _____**11**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **20,060.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC**                                  Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Industrial Forest Products LLC**<br>**21 Stanwich Road**<br>**Greenwich, CT  06830** | | | trade debt | | | | 8,137.80 |
| ACCOUNT NO.<br>**Interior Renovation Design Group**<br>**56 Ottowa Road**<br>**South Marlboro, NJ  07746** | | | trade debt | | | | 3,000.00 |
| ACCOUNT NO. **9827434**<br>**Lab Safety Supply**<br>**PO Box 1368**<br>**Jamesville, WI  53547** | | | trade debt | | | | 364.52 |
| ACCOUNT NO.<br>**LDI Color Toolbox**<br>**50 Jericho Quadrangle**<br>**Jericho, NY  11753** | | | lease payments | | | | 537.12 |
| ACCOUNT NO.<br>**M Glazer**<br>**245 Prospect Ave**<br>**Hackensack, NJ  07601** | | | trade debt | | | | 965.77 |
| ACCOUNT NO.<br>**Manhattan Laminates**<br>**624 West 52nd Street**<br>**New York, NY  10019** | | | trade debt | | | | 6,921.59 |
| ACCOUNT NO.<br>**Moran Electric LLC**<br>**56 Campbell Ave**<br>**Hackensack, NJ  07601-5344** | | | trade debt | | | | 8,438.00 |

Sheet no. _____ **6** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **28,364.80**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC**                    Case No. _____
_____
                                  Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MZL Associates <br> 29 Broadway, 12th Floor <br> New York, NY 10006** | | | auto lease payments | | | | 9,146.81 |
| ACCOUNT NO. <br> **National Detroit, Inc <br> PO Box 2285 <br> Loves Park, IL 61131** | | | trade debt | | | | 168.37 |
| ACCOUNT NO. **6937936** <br> **Nationwide Recovery Systems <br> PO Box 702257 <br> Dallas, TX 75370-2257** | | | trade debt | | | | 15,335.70 |
| ACCOUNT NO. <br> **New Jersey Carpenters Fund <br> Raritan Plaza <br> PO Box 7818 <br> Edison, NJ 08810** | | | union dues/benefits | X | X | X | 50,000.00 |
| ACCOUNT NO. <br> **New York District Council Of Carpenters <br> 395 Hudson Street <br> New York, NY 10014** | | | union dues | X | X | X | 34,086.72 |
| ACCOUNT NO. <br> **RMS <br> 55 Broadway, Suite 201 <br> New York, NY 10006** | | | **Assignee or other notification for: <br> New York District Council Of Carpenters** | | | | |
| ACCOUNT NO. <br> **New York State Department Of Finance <br> Bankruptcy Unit <br> PO Box 5300 <br> Albany, NY 12205-5300** | | | sales tax | | | | 11,671.00 |

Sheet no. _____**7**____ of ____**11**____ continuation sheets attached to              Subtotal $ **120,408.60**
Schedule of Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

                                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC** _____ Case No. _____
<span>Debtor(s)</span>       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NYC Department of Finance**<br>**Legal Affairs**<br>**345 Adams Street, 3rd Floor**<br>**Brooklyn, NY 11201-3719** | | | parking fines | | | | 1,453.46 |
| ACCOUNT NO.<br><br>**NYI Building Products Inc,**<br>**160 Long Beach Road**<br>**Island Park, NY 11558** | | | trade debt | | | | 23,878.47 |
| ACCOUNT NO.<br><br>**Office Furniture Service Inc**<br>**140 58 Street, Stuite 3-B**<br>**Brooklyn, NY 11220** | | | trade debt | | | | 1,194.62 |
| ACCOUNT NO.<br><br>**On Time Supply**<br>**12 Melnick Dr**<br>**Monsey, NJ 10952** | | | trade debt | | | | 101.60 |
| ACCOUNT NO.<br><br>**Paramus Building Supply Co**<br>**N 131 Route 17 & Century Road**<br>**Paramus, NJ 07652** | | | trade debt | | | | 130.40 |
| ACCOUNT NO.<br><br>**Pennsyvania Lumbermens Mutual Ins**<br>**2005 Market Street, Suite 1200**<br>**Philadelphia, PA 19103** | | | insurance | | | | 2,825.00 |
| ACCOUNT NO.<br><br>**Power Concepts LLC**<br>**29 Broadway**<br>**New York, NY 10008** | | | trade debt | | | | 8,479.80 |

Sheet no. **8** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 38,063.35

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Omnicraft Woodworking, LLC**      Case No. _____

             Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PPI Benefit Solutions**<br>**PO Box 32244**<br>**Hartford, CT 06150-2244** | | | benefits | | | | 7,496.08 |
| ACCOUNT NO.<br>**Prime Industries Inc**<br>**2600 Warrenville Road, Suite 205**<br>**Downers Grove, IL 60515** | | | trade debt | | | | 9,631.22 |
| ACCOUNT NO.<br>**Profection Inc**<br>**39 Outerbrdige Avenue**<br>**Staten Island, NY 10309** | | | trade debt | | | | 3,915.00 |
| ACCOUNT NO. 6693553109<br>**PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08908-4444** | | | utility | | | | 5,549.07 |
| ACCOUNT NO.<br>**Quality Business Engraving**<br>**3821 Dunning**<br>**Rochester Hills, MI 48309** | | | trade debt | | | | 111.85 |
| ACCOUNT NO.<br>**Reison Seidel Hadwood Co**<br>**251 Monroe Ave**<br>**Kenilworth, NJ 07033** | | | trade debt | | | | 3,836.94 |
| ACCOUNT NO.<br>**Rex Lumber Co**<br>**80 Main Street**<br>**Acton, MA 07720** | | | trade debt | | | | 23,957.52 |

Sheet no. _____**9**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **54,497.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ricoh America Corp**<br>**PO Box 4245**<br>**Carol Stream, IL  60197** | | | | | | | **249.31** |
| ACCOUNT NO.<br>**Roberts Plywood Co**<br>**45 North Industry Court**<br>**Deer Park, NY  11729** | | | trade debt | | | | **5,722.49** |
| ACCOUNT NO.<br>**Roland & Roland Inc**<br>**50 National Road**<br>**Edison, NJ  08817** | | | trade debt | | | | **3,744.43** |
| ACCOUNT NO.<br>**Scuffy Carting LLC**<br>**80 Liberty Street**<br>**Passaic, NJ  07055** | | | utility | | | | **250.41** |
| ACCOUNT NO.<br>**Sears Credit**<br>**PO Box 183082**<br>**Columbus, OH  43218-3082** | | | credit card purchases | | | | **3,255.84** |
| ACCOUNT NO.<br>**The Hartford Insurance Co**<br>**PO Box 2907**<br>**Hartford, CT  06104-2907** | | | wsorkers' comp insurance | | | | **66,832.60** |
| ACCOUNT NO.<br>**Tim Tiger Enterprises LLC**<br>**763 Susquahanna Ave**<br>**Franklin Lakes, NJ  07417** | | | trade debt | | | | **1,064.65** |

Sheet no. ____**10**____ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **81,119.73**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ 

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Omnicraft Woodworking, LLC** _____  Case No. _____

Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tri State Machinery Inc**<br>**PO Box 1065**<br>**Township Of Washington, NJ  07676** | | | trade debt | | | | **570.00** |
| ACCOUNT NO.<br>**United States Department Of Labor OSHA**<br>**201 Varick Street, Room 908**<br>**New York, NY  10014** | | | fines | | | | **2,025.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**11**___ of ____**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **2,595.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **457,714.33**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Omnicraft Woodworking, LLC      Case No. _____

                 Debtor(s)                                                                  (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Enterprise Fleet Services**<br>**PO Box 800089**<br>**Kansas City, MO  64180** | **2005 Nissan Titan lease at $500.34 per month**<br>**lease expires 4/2013** |
| **Enterprise Fleet Services**<br>**PO Box 800089**<br>**Kansas City, MO  64180** | **2006 Forf F250 lease at $906.64 per month**<br>**36 momth lease expires 10/2011** |
| **Enterprise Fleet Services**<br>**PO Box 800089**<br>**Kansas City, MO  64180** | **2008 Ford E250 lease at $514.36 per month**<br>**36 month lease expires 10/2011** |
| **LDI Color Toolbox**<br>**50 Jericho Quadrangle**<br>**Jericho, NY  11753** | **36 momth lease for Cannon copier at $145 per month**<br>**expires December 2011** |
| **Enterprise Fleet Services**<br>**PO Box 800089**<br>**Kansas City, MO  64180** | **Chrysler Passneger Van at $574.76 per month**<br>**36 month lease expires 5/2012** |
| **Empire Fork Lift**<br>**376 Petticoate Lane**<br>**Bloomingburg, NY  12721** | **Clark Forklift lease at $335.96 per month**<br>**36 month lease expires 10/2011** |
| **111 Leuning, LLC**<br>**C/O DSR Group**<br>**One Eagle St., Suite 200**<br>**Englewood, NJ  07631** | **Non-residential real property lease for commerical space**<br>**located at South Hackensack, NJ** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

**IN RE** Omnicraft Woodworking, LLC      Case No. _____
Debtor(s)        (If known)

<h1 style="text-align:center">SCHEDULE H - CODEBTORS</h1>

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John Mezic** | **Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA 91203** |
| **Omnibuild LLC**<br>**29 Broadway**<br>**New York, NY 10008** | **Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA 91203** |
| **Power Concepts LLC**<br>**29 Broadway**<br>**New York, NY 10008** | **Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA 91203** |
| **PowerCon Engineering, P.C.**<br>**29 Broadway**<br>**New York, NY 10008** | **Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA 91203** |
| **Walter Pliszak**<br>**319 Mockingbrid Lane**<br>**Morganville, NJ 07751** | **Citibank, N.A.**<br>**210 West Lexington Drive**<br>**Glendale, CA 91203** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Omnicraft Woodworking, LLC** _____  Case No. _____
Debtor(s) (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
Debtor

Date: _____  Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer  Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Omnicraft Woodworking, LLC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23** sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 17, 2010** _____  Signature: _**/s/ Walter Pliszak**_

**Walter Pliszak**
(Print or type name of individual signing on behalf of debtor)

_[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Southern District of New York**

IN RE:                                                        Case No. _____

**Omnicraft Woodworking, LLC** _____ Chapter **11** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☑   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 111 Leuning LLC v Omnicraft Woodworking LLC, Index No. 6308-10 | eviction | Superior Court of NJ Law Division | pending |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| The Law Offices Of Avrum J. Rosen, PLLC 38 New Street Huntington, NY 11743 | 8/17/2010 | 25,000.00 |

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citibank, N.A.**<br>210 West Lexington Drive<br>Glendale, CA 91203 | | |

**12. Safe deposit boxes**

None List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**A.G. Aaronson**
**386 Park Avenue South, Suite 1200**
**New York, NY 10016**

**Marina Keelty**                                       **fomer bookkeeper**

**Lorraine Roman**                                      **current bookkeeper**
**C/O Power Concepts**
**29 Broadway**
**New Yor, NY 10008**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**The Hartford Insurance Co**
**PO Box 2907**
**Hartford, CT 06104-2907**

**New York District Council Of Carpenters**
**395 Hudson Street**
**New York, NY 10014**

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| 7/19/10 | Juan Ortiz | |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 17, 2010**          Signature: **/s/ Walter Pliszak**

**Walter Pliszak, Member**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE:**                                                      Case No. _____

<u>Omnicraft Woodworking, LLC</u> _____ Chapter <u>11</u> _____
                        <span style="font-size:small">Debtor(s)</span>

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **August 17, 2010** _____ Signature: ***/s/ Walter Pliszak*** _____
                                                  **Walter Pliszak, Member**                        <span style="font-size:small">Debtor</span>


Date: _____ Signature: _____
                                                                      <span style="font-size:small">Joint Debtor, if any</span>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

111 Leuning, LLC
C/O DSR Group
One Eagle St., Suite 200
Englewood, NJ  07631


A.G. Aaronson
386 Park Avenue South, Suite 1200
New York, NY  10016


Abbott Paint And Varnish
238 Eagle Street
Brooklyn, NY  11222


Adriatic Wood Products Inc.
1994 Industrial Park Road
Boorklyn, NY  11207


Agins Siegel Attorney
386 Park Avenue South
New York, NY  10016


Allstate
420 Columbus Avenue, Suite 210
Valhalla, NY  10595


American Express
PO Box 2855
New York, NY  10116


Amerifab Corp
198 Garibaldi Avenue
Lodi, NJ  07644


Apple Custom
332 E 77th Street
New York, NY  10075

Atlantic Plywood
PO Box 83291
Woburn, MA  01813-3291


Beller Hydaulics Inc
322 E Main Street
Leoia, PA  17540


Cannon Financial Services
1904 Collection Center Drive
Chicago, IL  60893


Carnagie Chemical And Color LLC
997-1001 Jefferson Ave
Brooklyn, NY  11221


Citibank, N.A.
210 West Lexington Drive
Glendale, CA  91203


Comairco Equipment, Inc.
240 French Road
Buffalo, NY  14227


Confires Fire Protection Service LLC
910 Oak Tree Avenue #J-K
South Plainfield, NJ  07080-5137


Construction Specialties Inc
PO Box 415278
Boston, MA  02241-5278


Dieter Sonnenberg
3 Parr Road
Valhalla, NY  10595

DIiamond Point Saw Works
703 West End Avenue
Cliffside Park, NJ  07010


Dolan & Traynor, Inc.
PO Box 18952
Newark, NJ  07191


E Leeroy Trought
6928 NW Daffodil Lane
Port St. Lucie, FL  34983-1417


E&A's Friendly Service
134 Green Street
Hackensack, NJ  07601


E-Z Pass Customer Service
PO Box 149001
Staten Island, NY  10314


Economy Printing
128 E Liberty Street
Danbury, CT  08810


Emco Plastics
99 Comemrce Road
Cedar Grove, NJ  07009


Empire Fork Lift
376 Petticoate Lane
Bloomingburg, NY  12721


Enterprise Fleet Services
PO Box 800089
Kansas City, MO  64180

Fassendel Hall Corp
1037 Fowler Court
Dover, DE  19901


Fastenal Industrial Construction
5708 37th Avenue
Woodside, NY  11377


Filterfresh Atlantic Jersey
2500 Pearl Buck Road, Unit D
Bristol, PA  19001


First Wood & Laminates Inc
52 Box Street
Brooklyn, NY  11222


Forest T Jones
PO Box 24025
Newark, NJ  07101


Future Sanitation
80 Liberty Street
Passaic, NJ  07055


FW Honerkamp CO
500 Oak Point Avenue
Bronx, NY  10474


George G Gundersen III, Esq.
634 Baldwin Drive
River Vale, NJ  07675


Hecht & Sohn Glass
406 Willoughby Ave
Brooklyn, NY  11205

Hi Tech Glass Inc
167 Park Avenue
Brooklyn, NY  11205


Ilexindustries LLC
627 W Hazelwood Ave
Rahway, NJ  07065


Industrial Finishing Products
465 Logan St
Brooklyn, NY  11208


Industrial Forest Products LLC
21 Stanwich Road
Greenwich, CT  06830


Interior Renovation Design Group
56 Ottowa Road
South Marlboro, NJ  07746


Internal Revenue Service
POI Box 21126
Phildephia, PA  19114


Lab Safety Supply
PO Box 1368
Jamesville, WI  53547


LDI Color Toolbox
50 Jericho Quadrangle
Jericho, NY  11753


M Glazer
245 Prospect Ave
Hackensack, NJ  07601

Manhattan Laminates
624 West 52nd Street
New York, NY  10019


Moran Electric LLC
56 Campbell Ave
Hackensack, NJ  07601-5344


MZL Associates
29 Broadway, 12th Floor
New York, NY  10006


National Detroit, Inc
PO Box 2285
Loves Park, IL  61131


Nationwide Recovery Systems
PO Box 702257
Dallas, TX  75370-2257


New Jersey Carpenters Fund
Raritan Plaza
PO Box 7818
Edison, NJ  08810


New York District Council Of Carpenters
395 Hudson Street
New York, NY  10014


New York State Department Of Finance
Bankruptcy Unit
PO Box 5300
Albany, NY  12205-5300

NYC Department of Finance
Legal Affairs
345 Adams Street, 3rd Floor
Brooklyn, NY  11201-3719


NYC Department Of Finance
Legal Affairs - Devora Cohn
345 Adams Street - 3rd Floor
Brooklyn, NY  11201


NYI Building Products Inc,
160 Long Beach Road
Island Park, NY  11558


NYS Dept Taxation & Finance
Bankruptcy/Special Procedures Section
PO Box 5300
Albany, NY  12205-0300


NYS Uemployment Insurance Fund
PO Box 551
Albany, NY  12201


Office Furniture Service Inc
140 58 Street, Stuite 3-B
Brooklyn, NY  11220


Omnibuild LLC
29 Broadway
New York, NY  10008


On Time Supply
12 Melnick Dr
Monsey, NJ  10952

Paramus Building Supply Co
N 131 Route 17 & Centurty Road
Paramus, NJ  07652


Pennsyvania Lumbermens Mutual Ins
2005 Market Street, Suite 1200
Philadelphia, PA  19103


Power Concepts LLC
29 Broadway
New York, NY  10008


PowerCon Engineering, P.C.
29 Broadway
New York, NY  10008


PPI Benefit Solutions
PO Box 32244
Hartford, CT  06150-2244


Prime Industries Inc
2600 Warrenville Road, Suite 205
Downers Grove, IL  60515


Profection Inc
39 Outerbrdige Avenue
Staten Island, NY  10309


PSE&G
PO Box 14444
New Brunswick, NJ  08908-4444


Quality Business Engraving
3821 Dunning
Rochester Hills, MI  48309

Reison Seidel Hadwood Co
251 Monroe Ave
Kenilworth, NJ   07033


Rex Lumber Co
80 Main Street
Acton, MA   07720


Ricoh America Corp
PO Box 4245
Carol Stream, IL   60197


RMS
55 Broadway, Suite 201
New York, NY   10006


Roberts Plywood Co
45 North Industry Court
Deer Park, NY   11729


Roland & Roland Inc
50 National Road
Edison, NJ   08817


Scuffy Carting LLC
80 Liberty Street
Passaic, NJ   07055


Sears Credit
PO Box 183082
Columbus, OH   43218-3082


State Of New Jersey
Department Of The Treasury Division Of T
PO Box 1009
Moorestown, NJ   08057-0909

The Hartford Insurance Co
PO Box 2907
Hartford, CT  06104-2907


Tim Tiger Enterprises LLC
763 Susquahanna Ave
Franklin Lakes, NJ  07417


Tri State Machinery Inc
PO Box 1065
Township Of Washington, NJ  07676


United States Attorney
Claims Unit - Room 417
One St. Andrew's Plaza
New York, NY  10007


United States Department Of Justice
271 Cadman Plaza East, 8th Floor
Brooklyn, NY  11201


United States Department Of Justice
Tax Division
BOX 55 Ben Franklin Station
Washington, DC  20044


United States Department Of Labor OSHA
201 Varick Street, Room 908
New York, NY  10014


Walter Pliszak
319 Mockingbrid Lane
Morganville, NJ  07751

# United States Bankruptcy Court
## Southern District of New York

**IN RE:**                                          Case No. _____

<u>**Omnicraft Woodworking, LLC**</u> _____      Chapter **11** _____
                            Debtor(s)

## CERTIFICATE OF COMMENCEMENT OF CASE

I certify that on _____,

☑      the above named debtor filed a petition requesting relief under chapter __**11** of the Bankruptcy Code
         (title 11 of the United States Code), or

☐      a petition was filed against the above named debtor under chapter ____ of the Bankruptcy Code (title
         11 of the United States Code), and

☑      that as of the date below the case has not been dismissed.


         _____
         Clerk of the Bankruptcy Court


Dated: _____      By: _____
                                            Deputy Clerk

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only