The Law Offices of Avrum J. Rosen, PLLC
Proposed Attorneys for the Debtor
38 New Street
Huntington, New York 11743
631 423 85127
Avrum J. Rosen
Fred S. Kantrow

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

        OMNICRAFT WOODWORKING, LLC,

                      Debtor.
-----------------------------------------------------------X

Chapter 11
Case No.: 10-14398

**AFFIDAVIT PURSUANT TO**
**LOCAL RULE 1007**

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF SUFFOLK    )

        WALTER PLISZAK, being duly sworn deposes and states as follows:

        1.     I am the managing member of OMNICRAFT WOODWORKING, LLC, the debtor (the "Debtor") in this chapter 11 case, and as such I have personal knowledge of the statements contained herein.

        2.     The Debtor is a New York Limited Liability Corporation, with its corporate office located at 29 Broadway, New York, New York, engaged in high end woodworking, for the trade.

        3.     The Debtor's financial difficulties arose when its landlord commenced an eviction proceeding due to lack of payment. That, coupled with tax issues, guarantees of debt of related non-debtor entities, and the general downturn in the economy, all combined to cause the Debtor to have to seek protection from its creditors.

        4.     This case was originally commenced under Chapter 11 of Title 11 of the United

States Bankruptcy Code and no Trustee has been appointed. There has been no pre-petition creditors' committee. Annexed hereto as Exhibit "A" is a list of the 20 largest unsecured claims excluding insiders, including the name, address and the amount of the claim, and an indication of whether such claims are contingent, unliquidated, disputed or partially secured. Annexed hereto as Exhibit "B" is a list of the secured creditors.

5. The Debtor's assets consist of its personal property holdings with an estimated value of approximately . The Debtor's total liabilities at this point are approximately $

6. At the present time, there is no property in the possession of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agents of any such entity.

7. The Debtor's substantial assets are located at Hackensack, New Jersey. Currently, its books and records are located at the same location. The Debtor does not have any assets outside the territorial limits of the United States.

8. Walter Pliszak is the managing member of the Debtor and has been with the Debtor since its inception.

9. The estimated amount of the weekly payroll to employees is approximately inclusive of taxes is $15,011.00.

10. The sum of approximately $8,000.00 is to be paid for services for the 30 day period following the Chapter 11 petition to officers and directors.

11. It is estimated that the expenses for the 30 day period following the bankruptcy petition will be approximately $108,315.00 and that receipts will be approximately $120,000.00.

                                                          S/Walter Pliszak  
                                                          Walter Pliszak  
                                                          President

Sworn to before me on this  
17th day of August, 2010

S/Fred S. Kantrow  
Fred S. Kantrow  
Notary Public State of New York  
Qualified in Suffolk County  
No. 02KA6108402