UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

        OMNICRAFT WOODWORKING, LLC,

                         Debtor.
------------------------------------------------------------------x

Chapter 11
Case No.: 10-14398-mg

**ORDER PURSUANT TO RULE 9007
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
PROVIDING FOR LIMITED NOTICING PROVISIONS**

UPON the motion (the "Motion") of Omnicraft Woodworking, LLC, the debtor and the debtor in possession in this chapter 11 case (the "Debtor"), by and through its proposed counsel, The Law Offices of Avrum J. Rosen, PLLC, seeking the entry of an Order pursuant to Rule 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") providing for limited noticing provisions; and the matter having come on for a hearing before the Court on September 21, 2010; and no objections having been interposed to the relief sought by the Debtor; or any objections having been withdrawn or overruled; and the Court after due deliberation and consideration of the arguments presented; it is hereby

**ORDERED** that the Debtor's Motion is granted; and it is further

**ORDERED** that the Debtor shall provide notice of all motions, pleadings and applications in this chapter 11 case to (i) counsel to Citibank; (ii) the Office of the United States Trustee; (iii) the Debtor's twenty (20) largest unsecured creditors; (iv) counsel to any official committee appointed in this case; and (v) all those parties having filed a notice of appearance in any of the Debtor's chapter 11 case; and it is further

**ORDERED** that if a creditor or other party in interest wishes to receive notice of all pleadings filed by the Debtor in this chapter 11 case, it should file a notice of appearance with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York

10004 and further serve a copy of its notice of appearance upon the Debtor's proposed counsel, The Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743; and it is further

**ORDERED** that the Debtor's service upon the parties listed herein shall be deemed good and sufficient service of all motions and pleadings and that no further service shall be deemed necessary or otherwise required; and it is further

**ORDERED** that the Debtor shall serve a copy of this Order upon all creditors and parties in interest via regular mail within three (3) days of the date of entry of this Order; and it is further

**ORDERED** that the Debtor shall file an affidavit of service with the Court attesting to service of this Order by no later than October 23, 2010.

Dated: New York, New York
October 20, 2010

    **/s/Martin Glenn**
Hon. Martin Glenn
United States Bankruptcy Judge