UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

       OMNICRAFT WOODWORKING, LLC,

                      Debtor.
-----------------------------------------------------------X

Chapter 11
Case No.: 10-14398-mg

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF SUFFOLK    )

      Louise Stalker, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides at Bayville, New York;

      That on the 21st day of October, 2010 deponent served an **ORDER PURSUANT TO RULE 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE PROVIDING FOR LIMITED NOTICING PROVISIONS** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

See attached list

                                                                   S/Louise Stalker
                                                                   Louise Stalker

Sworn to before me this
21st day of October , 2010.

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014

Office of the United States Trustee
33 Whitehall Street
New York, New York 10004

111 Leuning, LLC
C/O DSR Group
One Eagle St., Suite 200
Englewood, NJ  07631

A.G. Aaronson
386 Park Avenue South, Suite 1
New York, NY  10016

Abbott Paint And Varnish
238 Eagle Street
Brooklyn, NY  11222

Adriatic Wood Products Inc.
1994 Industrial Park Road
Boorklyn, NY  11207

Agins Siegel Attorney
386 Park Avenue South
New York, NY  10016

Allstate
420 Columbus Avenue, Suite 210
Valhalla, NY  10595

American Express
PO Box 2855
New York, NY  10116

Amerifab Corp
198 Garibaldi Avenue
Lodi, NJ  07644

Apple Custom
332 E 77th Street
New York, NY  10075

Atlantic Plywood
8 Roessler Rd.
Woburn, MA 01801

Beller Hydaulics Inc
322 E Main Street
Leoia, PA  17540

Cannon Financial Services
1904 Collection Center Drive
Chicago, IL  60893

Carnagie Chemical And Color LL
997-1001 Jefferson Ave
Brooklyn, NY  11221

Comairco Equipment, Inc.  
240 French Road  
Buffalo, NY  14227

Confires Fire Protection Servi  
910 Oak Tree Avenue #J-K  
South Plainfield, NJ  07080

Construction Specialties Inc  
PO Box 415278  
Boston, MA  02241-5278

Dieter Sonnenberg  
3 Parr Road  
Valhalla, NY  10595

Diamond Point Saw Works  
703 West End Avenue  
Cliffside Park, NJ  07010

Dolan & Traynor, Inc.  
32 Riverview Drive  
Wayne, NJ 07470-3102

E Leeroy Trought  
6928 NW Daffodil Lane  
Port St. Lucie, FL  34983-1417

E&A's Friendly Service  
134 Green Street  
Hackensack, NJ  07601

E-Z Pass Customer Service  
PO Box 149001  
Staten Island, NY  10314

Economy Printing  
128 E Liberty Street  
Danbury, CT  08810

Emco Plastics  
99 Comemrce Road  
Cedar Grove, NJ  07009

Empire Fork Lift  
376 Petticoate Lane  
Bloomingburg, NY  12721

Enterprise Fleet Service  
17210 S Main St  
Gardena, CA 90248

Fassendel Hall Corp  
1037 Fowler Court  
Dover, DE  19901

Fastenal Industrial Constructi
5708 37th Avenue
Woodside, NY  11377

Filterfresh Atlantic Jersey
2500 Pearl Buck Road, Unit D
Bristol, PA  19001

First Wood & Laminates Inc
52 Box Street
Brooklyn, NY  11222

Forest T Jones
PO Box 24025
Newark, NJ  07101

Future Sanitation
80 Liberty Street
Passaic, NJ  07055

FW Honerkamp CO
500 Oak Point Avenue
Bronx, NY  10474

George G Gundersen III, Esq.
634 Baldwin Drive
River Vale, NJ  07675

Hecht & Sohn Glass
406 Willoughby Ave
Brooklyn, NY  11205

Hi Tech Glass Inc
167 Park Avenue
Brooklyn, NY  11205

Ilexindustries LLC
627 W Hazelwood Ave
Rahway, NJ  07065

Industrial Finishing Products
465 Logan St
Brooklyn, NY  11208

Industrial Forest Products LLC
21 Stanwich Road
Greenwich, CT  06830

Interior Renovation Design Group
56 Ottowa Road
South Marlboro, NJ  07746

Internal Revenue Service
POI Box 21126
Phildephia, PA  19114

LAB SAFETY SUPPLY
401 SOUTH WRIGHT ROAD
JANESVILLE, WI 53546

LDI Color Toolbox
50 Jericho Quadrangle
Jericho, NY  11753

M Glazer
245 Prospect Ave
Hackensack, NJ  07601

Manhattan Laminates
624 West 52nd Street
New York, NY  10019

Moran Electric LLC
56 Campbell Ave
Hackensack, NJ  07601-5344

MZL Associates
29 Broadway, 12th Floor
New York, NY  10006

National Detroit, Inc
PO Box 2285
Loves Park, IL  61131

Nationwide Recovery Systems
PO Box 702257
Dallas, TX  75370-2257

New Jersey Carpenters Fund
Raritan Plaza
PO Box 7818
Edison, NJ  08810

New York District Council Of Carpenters
395 Hudson Street
New York, NY  10014

New York State Department Of Finance
Bankruptcy Unit
PO Box 5300
Albany, NY  12205-5300

NYC Department Of Finance
Legal Affairs - Devora Cohn
345 Adams Street - 3rd Floor
Brooklyn, NY  11201

NYI Building Products Inc,
160 Long Beach Road
Island Park, NY  11558

NYS Unemployment Insurance Fund
PO Box 551
Albany, NY  12201

Office Furniture Service Inc
140 58 Street, Stuite 3-B
Brooklyn, NY  11220

Omnibuild LLC
29 Broadway
New York, NY  10008

On Time Supply
12 Melnick Dr
Monsey, NJ  10952

Paramus Building Supply Co
N 131 Route 17 & Centurty Road
Paramus, NJ  07652

Pennsyvania Lumbermens Mutual
2005 Market Street, Suite 1200
Philadelphia, PA  19103

Power Concepts LLC
29 Broadway
New York, NY  10008

PowerCon Engineering, P.C.
29 Broadway
New York, NY  10008

PPI Benefit Solutions
PO Box 32244
Hartford, CT  06150-2244

Prime Industries Inc
2600 Warrenville Road, Suite 2
Downers Grove, IL  60515

Profection Inc
39 Outerbrdige Avenue
Staten Island, NY  10309

PSE&G
P.O. BOX 490
CRANFORD, NJ 07016
ATTENTION: BANKRUPTCY DEPT

Quality Business Engraving
3821 Dunning
Rochester Hills, MI  48309

Reison Seidel Hadwood Co
251 Monroe Ave
Kenilworth, NJ  07033

Rex Lumber Co
80 Main Street
Acton, MA  01720

Ricoh America Corp
PO Box 4245
Carol Stream, IL  60197

RMS
55 Broadway, Suite 201
New York, NY  10006

Roberts Plywood Co
45 North Industry Court
Deer Park, NY  11729

Roland & Roland Inc
50 National Road
Edison, NJ  08817

Scuffy Carting LLC
80 Liberty Street
Passaic, NJ  07055

Sears Credit
PO Box 183082
Columbus, OH  43218-3082

State Of New Jersey
Department Of The Treasury Div
PO Box 1009
Moorestown, NJ  08057-0909

State Of New York
Office Of The Attorney General
120 Broadway
New York, NY  10271

The Hartford Insurance Co
PO Box 2907
Hartford, CT  06104-2907

The Hartford
Bankruptcy Unit
Hartford Plaza, T-1-55
Hartford, CT 06115

Tim Tiger Enterprises LLC
763 Susquahanna Ave
Franklin Lakes, NJ  07417

Tri State Machinery Inc
PO Box 1065
Township Of Washing, NJ  07676

United States Attorney
Claims Unit - Room 417
One St. Andrew's Plaza
New York, NY  10007

United States Department Of Justice
271 Cadman Plaza East, 8th Fl
Brooklyn, NY  11201

United States Department Of Justice  
Tax Division  
BOX 55 Ben Franklin Station  
Washington, DC  20044

United States Department Of Labor OSHA  
201 Varick Street, Room 908  
New York, NY  10014

Walter Pliszak  
319 Mockingbrid Lane  
Morganville, NJ  07751

Citibank, N.A.  
c/o Sills Cummis & Gross P.C.  
Attention: George R. Hirsch, Esq.  
One Riverfront Plaza  
Newark, NJ 07102-5400

Anthony C. Webster  
380 E 55th St.  
Brooklyn, NY  11203

STATE OF NY, DEPT. OF LABOR  
UNEMPLOYMENT INSURANCE DIVISION  
GOV. W. AV. HARR. ST. OFFICE BLD. CAMPUS  
BUILDING 12, ROOM 256  
ALBANY, NY 12240

Edwin Salazar  
1425 Potter Blvd.  
Bay Shore, NY  11706

Everon Samuel  
2125 Clinton Ave  
Bronx, NY  10457

Fernando T. Velez  
86 Vanderbilt Ave.  
Brooklyn, NY  11205

Franco A. Crisafulli  
8332 Zenith Drive  
Baldwinsville, NY  13027

Fredy Luna  
264 Vandervid Ave.  
Brentwood, NY  11717

Henry F. Sonnenburg  
3 Parr Road  
Valhalla, NY  10595

Jaime Rivera  
152 Third St.  
Elizabethport, NJ  07206

Joao Fernandes  
1250 Clinton Place  
Elizabeth, NJ  07208

| | |
|---|---|
| Jocelyn Collado<br>243 E Main Street<br>Prospect Park, NJ  07508 | John D. Sonnenburg<br>3 Parr Road<br>Valhalla, NY  10595 |
| Jorge Breton<br>1821 Davidson Ave., Apt. 2D<br>Bronx, NY  10453 | Jozef Puzio<br>15 Oak Street<br>Clifton, NJ  07014 |
| Juan Ortiz<br>108 Marcy Place, Apt 4A<br>Bronx, NY  10452 | Julio C. Ortiz<br>1115 Anderson Ave., 2D<br>Bronx, NY  10452 |
| Julio Florian<br>22-33 Belmont Ave.<br>Bronx, NY  10457 | Luis A. Yunda<br>626 Riverside Dr., Apt. 2L<br>New York, NY  10031 |
| Luis Chacon<br>25-49 Hering Ave.<br>Bronx, NY  10469 | Miguel Ruiz<br>1515 E 59th St.<br>Brooklyn, NY  11234 |
| Nelson Ojeda-Ojeda<br>1485 Nelson Ave., Apt. 6A<br>Bronx, NY  10452 | Norman Schnelle<br>53 Forest Lane<br>Yorktown Heights, NY  10598 |
| Roberto Cano<br>3223 Barker Ave., PH 3rd Fl.<br>Bronx, NY  10467 | Ronald Capuano<br>2052 East 73rd St.<br>Brooklyn, NY  11234 |

Scott McIntyre
27 Hickman Drive
Hopewell Junction, NY  12533

Scott Sonnenburg
20 Hickory Lane
Thornwood, NY  10594

Serguei Proudnikov
660 Thwaites Place, #2N
Bronx, NY  10467

Thomas Bernard
104 Stanley Avenue
Nutley, NJ  07110

Tina Kazymirczuk
51 Lions Court
Freehold, NJ  07728

Victor M. Contreras
114 E 17th St.
Paterson, NJ  07524

William Bermel
12 Peter Circle
Clark, NJ  07066