UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

        OMNICRAFT WOODWORKING, LLC,

                      Debtor.
------------------------------------------------------------X

Chapter 7
Case No.: 10-14398-mg

**STATEMENT UPON CONVERSION**

Omnicraft Woodworking, LLC, the debtor in this converted chapter 7 case, by and through its attorneys, The Law Offices of Avrum J. Rosen, PLLC, respectfully submits this statement pursuant to Rule 1019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

    1.    The Debtor moved to voluntarily convert its pending chapter 11 case to a chapter 7 case.

    2.    By Order dated December 27, 2010, the Court converted the instant case.

    3.    Annexed hereto is a list of the debtor's unpaid, post-petition expenses.

Dated: Huntington, New York
       January 6, 2011

                                      The Law Offices of Avrum J. Rosen, PLLC
                                      Attorneys for the Debtor

                 BY:    S/Fred S. Kantrow
                                      Fred S. Kantrow
                                      38 New Street
                                      Huntington, New York 11743
                                      631 423 8527
                                      Fkantrow@avrumrosenlaw.com