# Omnicraft Woodworking L.L.C
# A/P Aging Summary
### As of January 4, 2011

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 154 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **ABBOTPAINT & VARNISH** | 0.00 | 0.00 | 0.00 | 0.00 | 543.44 | 1,237.00 | 0.00 | 1,780.44 |
| **Adservco Group** | 0.00 | 0.00 | 0.00 | 1,550.00 | 0.00 | 0.00 | 0.00 | 1,550.00 |
| **Agins, Siegel, Reiner & Bouklas, LLP** | 0.00 | 102.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 102.00 |
| **BondsExpress** | 0.00 | 0.00 | 0.00 | 2,325.00 | 0.00 | 0.00 | 0.00 | 2,325.00 |
| **Closet Space** | 0.00 | 0.00 | 0.00 | 0.00 | 3,393.27 | 0.00 | 0.00 | 3,393.27 |
| **De Lage Landen Financial Services** | 335.96 | 0.00 | 352.76 | 352.76 | 0.00 | 688.72 | 0.00 | 1,730.20 |
| **Dolan & Traynor, Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 117.35 | 0.00 | 117.35 |
| **E & A's Friendly Service** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 374.00 | 0.00 | 374.00 |
| **Enterprise Fleet Services** | 0.00 | 0.00 | 0.00 | 0.00 | 2,951.72 | 0.00 | 369.62 | 3,321.34 |
| **E-Z Pass Customer Service Center** | 0.00 | 0.00 | 0.00 | 0.00 | 26.80 | 58.00 | 0.00 | 84.80 |
| **F.W. Honerkamp Co., Inc.** | 0.00 | 0.00 | 0.00 | 0.00 | 868.24 | 1,532.11 | 349.25 | 2,749.60 |
| **FedEx Express Service** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 74.50 | 0.00 | 74.50 |
| **Fessenden Hall Incorporated** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 126.66 | 0.00 | 126.66 |
| **Filterfresh Atlantic Jersey** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 276.06 | 0.00 | 276.06 |
| **Flickinger Glassworks** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 0.00 | 1,100.00 |
| **Forest T. Jones/Stand Security Life-NY** | 0.00 | 17.48 | 17.48 | 17.48 | 0.00 | 44.80 | 0.00 | 97.24 |
| **M.Glazer** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 190.80 | 0.00 | 190.80 |
| **Manhattan Laminates** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,316.90 | 0.00 | 2,316.90 |
| **MZL Associates** | 0.00 | 298.09 | 298.09 | 298.09 | 298.09 | 298.09 | 0.00 | 1,490.45 |
| **New Century Distributors Group, LLC** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.14 | 0.00 | 10.14 |
| **NYC Department of Finance** | 0.00 | 0.00 | 0.00 | 620.00 | 220.00 | 300.00 | 0.00 | 1,140.00 |
| **NYC Dist. Council of Carpenter** | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 0.00 | 23,400.00 |
| **Pennsylvania Lumbermens Mutual Insurance** | 0.00 | 0.00 | 0.00 | 0.00 | 2,825.00 | 0.00 | 0.00 | 2,825.00 |
| **PKF** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,500.00 | 9,500.00 |
| **Power Concepts LLC** | 0.00 | 9,644.38 | 2,063.13 | 1,334.08 | 7,248.67 | 0.00 | 8,479.80 | 28,770.06 |
| **PSE&G Co** | 0.00 | 671.32 | 0.00 | 1,719.22 | 1,761.93 | 1,959.19 | 0.00 | 6,111.66 |
| **Soft Sails Consulting LLC** | 0.00 | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| **Taghkanic Woodworking LLC** | 0.00 | 40.00 | 0.00 | 1,174.60 | 1,630.00 | 0.00 | 0.00 | 2,844.60 |
| **The Hartford** | 9,047.18 | 9,047.18 | 18,367.08 | 9,047.18 | 9,047.18 | 4,607.95 | 9,047.10 | 68,210.85 |
| **US Department of Labor OSHA** | 101.25 | 101.25 | 101.25 | 101.25 | 101.25 | 101.25 | 0.00 | 607.50 |
| **Verizon** | 0.00 | 253.68 | 213.16 | 416.87 | 0.00 | 0.00 | 0.00 | 883.71 |
| **Verizon Wireless** | 0.00 | 0.00 | 448.48 | 1,021.19 | 858.86 | 0.00 | 0.00 | 2,328.53 |
| | **13,384.39** | **24,075.38** | **26,311.43** | **23,877.72** | **35,674.45** | **19,313.52** | **27,745.77** | **170,382.66** |