UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  : Chapter 7
: Index No. 10-14390(MG)
:
OMNICRAFT WOODWORKING, LLC :
:
DEBTOR. :
:

NOTICE OF ABANDONMENT OF PROPERTY

      PLEASE TAKE NOTICE that Angela Tese-Milner, the Chapter 7 Trustee ("Trustee") in the above-referenced case hereby abandons and rejects *nunc pro tunc* to December 23, 2010 the leases and automotive and office equipment listed on Schedule "G" of the Debtor's petition, on the grounds that said leases have minimal or no value to the Chapter 7 Estate and that the maintenance of said items would be burdensome to the Estate. See, attached Schedule "G", list of leases and equipment rejected and abandoned. The Trustee rejects *nunc pro tunc* to December 23, 2010 the executory contracts listed on Schedule "G" of the Debtor's petition, including the leasehold in South Hackensack, NJ, to the extent that said executory contracts had not been previously rejected by the Chapter 11 Debtor or by operation of law.

      PLEASE TAKE FURTHER NOTICE that the Trustee has moved to sell certain of the Debtor's autos and equipment owned by the Debtor and more fully described in the application for sale. The proposed sale items are expressly excluded from this Notice.

Dated: New York, NY
February 2, 2011

                                              By: /s A. Tese-Milner
                                                    Angela Tese-Milner
                                                    Chapter 7 Trustee

IN RE **Omnicraft Woodworking, LLC** _____  Case No. _____
                    Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Enterprise Fleet Services**<br>PO Box 800089<br>Kansas City, MO  64180 | **2005 Nissan Titan lease at $500.34 per month**<br>**lease expires 4/2013** |
| **Enterprise Fleet Services**<br>PO Box 800089<br>Kansas City, MO  64180 | **2006 Forf F250 lease at $906.64 per month**<br>**36 momth lease expires 10/2011** |
| **Enterprise Fleet Services**<br>PO Box 800089<br>Kansas City, MO  64180 | **2008 Ford E250 lease at $514.36 per month**<br>**36 month lease expires 10/2011** |
| **LDI Color Toolbox**<br>50 Jericho Quadrangle<br>Jericho, NY  11753 | **36 momth lease for Cannon copier at $145 per month**<br>**expires December 2011** |
| **Enterprise Fleet Services**<br>PO Box 800089<br>Kansas City, MO  64180 | **Chrysler Passneger Van at $574.76 per month**<br>**36 month lease expires 5/2012** |
| **Empire Fork Lift**<br>376 Petticoate Lane<br>Bloomingburg, NY  12721 | **Clark Forklift lease at $335.96 per month**<br>**36 month lease expires 10/2011** |
| **111 Leuning, LLC**<br>C/O DSR Group<br>One Eagle St., Suite 200<br>Englewood, NJ  07631 | **Non-residential real property lease for commerical space located at South Hackensack, NJ** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only