# SOKOL, BEHOT & FIORENZO
COUNSELLORS AT LAW
CONTINENTAL PLAZA
433 HACKENSACK AVENUE
HACKENSACK, NEW JERSEY 07601

P: 201-488-1300
F: 201-488-6541

www.sbflawfirm.com

| | | |
|---|---|---|
| LEON J. SOKOL (NJ, NY & FL BAR) | | STEVEN SIEGEL (NJ & NY BAR) |
| JOSEPH F. BEHOT, JR. (NJ & NY BAR) | | SUSAN B. BURNS (NJ & NY BAR) |
| JOSEPH B. FIORENZO (NJ & NY BAR) | 229 NASSAU STREET | ANTHONY BEDWELL (NJ & CA BAR) |
| JEFFREY A. ZENN (NJ & DC BAR) | PRINCETON, NEW JERSEY 08542-4601 | MARK A. FANTIN (NJ & NY BAR) |
| MICHAEL P. FELTMAN | NEIL YOSKIN, PARTNER IN CHARGE | DAVID RUBENSTEIN (NJ, NY & FL BAR) |
| HERBERT B. BENNETT | P: 609-279-0900 | |
| NEIL YOSKIN (NJ & PA BAR) | F: 609-497-2377 | |
| | | OF COUNSEL |
| | | SCOTT E. REKANT (NJ & PA BAR) |
| | One Grand Central Place | |
| | 60 East 42nd Street | |
| | Suite #2527 | OF COUNSEL FOR MATTERS OF TAXATION |
| jazenn@sbflawfirm.com | New York, New York 10165 | KULZER & DIPADOVA, P.A. |
| | P: 212-661-2523 | |

February 17, 2011

Honorable Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green, Chambers 504
New York, NY 10004-1048

    Re:   <u>Omnicraft Woodworking, LLC</u>
           Case No. 10-14398-mg

Dear Judge Glenn:

This office represents Creditor 111 Leuning, LLC in connection with this matter. Please be advised that we hereby withdraw our opposition which was filed on February 14, 2011.

Respectfully yours,

*Joseph B. Fiorenzo*
Joseph B. Fiorenzo

JAZ:kw
Enclosures
cc:    111 Leuning, LLC (with enclosures)
        Avrum J. Rosen, Esq. (without enclosures)
        Angela G. Tese-Milner, Trustee (without enclosures)
        Stuart Jay Glick, Esq./George R. Hirsch, Esq. (without enclosures)

S:\ZENN\DSR Group\111 Leuning\Omni Woodworking\Bankruptcy\Glenn 2.17.11.doc